IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

(26) ARISTIDE CARCAMO and
(27) RAFAEL MONTOYA,

    Defendants.
_____/

No. CR 08-0730 WHA

**ORDER RE
POSSIBLE TRANSFER**

    Judge Jeffrey White is tentatively available to try the *Carcamo* and *Montoya* matters and would like to consult with counsel about the trial date before agreeing to take on th matters. Would counsel please arrange a hearing with Judge White at their earliest convenience.

**IT IS SO ORDERED.**

Dated: January 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE