JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. S2-CR-08-0730-WHA (JSW) |
| v. | |
| ARISTIDES CARCAMO, <br>   a/k/a "Indio," and <br> RAFAEL MONTOYA, <br>   a/k/a "Sapo," <br>     Defendants. | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATIONS |

    Defendants Aristides Carcamo and Rafael Montoya appeared at a status conference before the Court on February 3, 2009, at which the parties addressed the issue of whether their referral to the Honorable Jeffrey S. White for trial was mooted by the Second Superseding Indictment returned by the Grand Jury on January 29, 2009. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B), from February 3, 2009 to February 12, 2009. The parties agreed, and the Court found and held, as follows:

//

Stipulation and Order Excluding Time

1. In a First Superseding Indictment returned on November 6, 2008, the defendants were charged with conspiring to commit robbery affecting interstate commerce, in violation of 18 U.S.C. § 1951(a). Because the assigned judge, the Honorable William H. Alsup, was unavailable through July 2009 due to a previously scheduled long-term trial, the Honorable Jeffrey S. White agreed to consider accepting the defendants' case for trial. Judge White scheduled a status conference for the defendants on February 3, 2009.

2. On January 29, 2009, the Grand Jury returned a Second Superseding Indictment that charged the defendants with additional crimes, to wit, racketeering conspiracy, in violation of 18 U.S.C. § 1962(d), conspiracy to commit murder in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(5), conspiracy to commit assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(6), and using or possessing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. §§ 924(c) and 2. Aristides Carcamo was also charged with attempted exportation of a stolen vehicle, in violation of 18 U.S.C. §§ 553(a) and 2.

3. The Second Superseding Indictment was unsealed on February 3, 2009, and the parties appeared before Judge White later that afternoon. In light of the new charges in the Second Superseding Indictment, Judge White asked the parties whether the referral of the defendants' case to him for trial was mooted. The defendants requested additional time to consider the issue, and the Court continued the conference until February 12, 2009 so that they may do so. Because the continuance was granted to allow the defendants additional time to consider how to proceed with their case in light of the Second Superseding Indictment, thereby ensuring the effective representation of counsel, the Court found that time should be excluded from Speedy Trial Act calculations until February 12, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B).

4. Accordingly, with the consent of the defendants, the Court ordered that the period from February 3, 2009 to February 12, 2009, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), and this Order hereby memorializes the exclusion of time that was previously ordered.

Stipulation and Order Excluding Time

1  IT IS SO STIPULATED.

2

3  DATED: February 11, 2009

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

4

5  DATED: February 11, 2009

/s/
SHANA KEATING, ESQ.
Attorney for Defendant Aristides Carcamo

6

7

8  DATED: February 11, 2009

/s/
EDWARD SWANSON, ESQ.
Attorney for Defendant Rafael Montoya

9

10

11  IT IS SO ORDERED.

12

13  DATED: February 20, 2009

IT IS SO ORDERED
Judge William Alsup

HON. JEFFREY S. WHITE
United States District Judge

Stipulation and Order Excluding Time