IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ARISTIDES CARCAMO, *et al.*,<br><br>    Defendants.<br>                                  / | No. CR 08-0730 WHA<br><br>**ORDER RESCHEDULING SENTENCING OF DEFENDANT ARISTIDES CARCAMO** |

     Defendant Aristides Carcamo was scheduled for sentencing on March 22. The parties jointly request a continuance of the sentencing date to April 12 at 2:00 p.m. (Dkt. No. 3734). The undersigned is unavailable on April 12. As such, the sentencing will instead be continued to **APRIL 26** at **2:00 P.M.** The parties shall notify the Court if they are unavailable at that time or wish for sentencing to be scheduled on an earlier date.

     **IT IS SO ORDERED.**

Dated: March 17, 2011

                                            WILLIAM ALSUP<br>
                                            UNITED STATES DISTRICT JUDGE