BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7368
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-00730-WHA-26 |
| Plaintiff, | MOTION TO CONTINUE DEADLINE FOR FILING OPPOSITION TO MOTION UNDER 28 U.S.C. § 2255 AND [PROPOSED] ORDER |
| v. | |
| ARISTIDES CARCAMO, | |
| Defendant. | |

    The United States hereby moves to continue its deadline for filing its opposition to defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docket No. 6278) to Friday, September 16, 2016. The Court initially set the due date of the government's response as September 5, 2016.[1] The undersigned Assistant U.S. Attorney is expecting that his wife will deliver a child in the next few days. Accordingly, the government seeks leave to file its opposition late, on September 16, 2016.

///

---

[1] Because the September 5, 2016, filing deadline fell on a holiday (Labor Day), the filing deadline moved to the next day, Tuesday, September 6, 2016.

MOTION TO CONTINUE FILING DEADLINE AND [PROPOSED] ORDER
CR 08-00730-WHA-26

1  Counsel for defendant Aristides Carcamo does not object to this extension.

2

3

4

5  Dated: September 6, 2016                    Respectfully submitted,

6                                              BRIAN J. STRETCH
                                               United States Attorney

7                                              /s/ Christiaan H. Highsmith
                                               CHRISTIAAN H. HIGHSMITH
8                                              Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO CONTINUE FILING DEADLINE AND [PROPOSED] ORDER
CR 08-00730-WHA-26

1  The United States' Motion to Continue Deadline for Filing Opposition to Motion Under 28
2  U.S.C. § 2255 is hereby granted.  The Opposition shall be filed on or before Friday, September 16,
3  2016.

4  IT IS SO ORDERED

5  September 6, 2016.



WILLIAM H. ALSUP
United States District Judge

MOTION TO CONTINUE FILING DEADLINE AND [PROPOSED] ORDER
CR 08-00730-WHA-26