United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO STAY** |
| ARISTIDES CARCAMO, | |
| Defendant. | |

Defendant, a federal prisoner, has filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. 2255 based on the Supreme Court's decision in *Johnson v. United States*, 576 U.S.___, 135 S. Ct. 2551 (2015). As part of a 180-month sentence, the Court imposed a 60-month sentence pursuant to 18 U.S.C. 924(c)(3)(B). The government previously moved to stay proceedings pending resolution by our court of appeals in *United States v. Begay*, 9th Cir. No. 14-10080, of whether 18 U.S.C. 924(c)(3)(B) is unconstitutionally vague under *Johnson*. A prior order denied the motion to stay (Dkt. No. 6300). The government has filed a second motion to stay due to the Supreme Court's recent grant of certiorari in *Lynch v. Dimaya*, 2016 WL 3232911 (Sep. 29, 2016).

The Court is of the view that briefing should proceed on schedule without any stay in light of the fact that defendant could possibly be sentenced to time served if his 2255 motion is

granted. Therefore, the application for stay is **DENIED** in this case.

**IT IS SO ORDERED.**

Dated: October 11, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE